AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TONI IVANOV,
individually and on behalf of a class

V.

ALA CARTE ENTERTAINMENT, INC.,
EXALIBUR CHICAGO, INC.,
and DOES 1-10

CASE NUMBER: 08CV2134

ASSIGNED JUDGE: JUDGE ZAGEL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

EXALIBUR CHICAGO, INC.
c/o Registered Agent
Fred R. Hoffmann
2330 N. Hammond Dr. Suite G
Schaumburg, IL 60173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner, & Goodwin, LLC
120 South LaSalle St., 18th Floor
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 15, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/21/8 |
| NAME OF SERVER (PRINT) ROBERT W. BRINDAC JR. | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: EXALIBUR CHICAGO, INC., 2330 N. HAMMOND DRIVE, Schaumburg

SERVED! JACKIE BRUNO, BANK CARD MANAGER

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 21st 08  _____
            Date              Signature of Server

Brindac & Son
Private Investigations
6912 Main Street Suite #10
Downers Grove, IL 60516
Phone (630) 243-7393

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
Northern District of Illinois

Toni Ivanov,
individually and on behalf of a class,

   Plaintiff,

-Vs-         ) Case Number: 08 CV 2134

Ala Carte Entertainment, Inc.,
**Exalibur Chicago, Inc.,**
and Does 1-10  Defendant.

**BRINDAC & SON PRIVATE INVESTIGATIONS, AGENCY NUMBER: 117-001178**
**6912 Main Street, Suite 10, Downers Grove, IL. 60516**
**AFFIDAVIT OF SERVICE**

ROBERT W. BRINDAC, JR., a licensed private detective ( License Number 115-001193 ), being first duly sworn on oath, deposes and states that he **made service upon Exalibur Chicago, Inc., c/o Registered Agent Fred R. Hoffman, on Monday April 21st, 2008, 12:05 p.m., at 2330 N. Hammond Drive, Schaumburg,**

Illinois as follows:

*Personal Service*: a.____ By leaving a copy of the

*Adobe Sub-Service:* b.____By leaving a copy of the         at the usual place of adobe of each individual with a person of the family of said individual, of the age of thirteen (13) years or upwards, informing that Person of the contents and by sending a copy in a sealed envelope with postage fully prepaid addressed to said individual at his place of adobe;

*Corporate Service*: c.__X __**By leaving a copy of the, United States District Court Summons and Complaint with Jackie Bruno, Bank Card Manager,** of the registered agent, officer or agent of the defendant; and that *Bruno is a female white, approximately 4'10 tall, 130 lbs., curly brown shoulder length hair and was approximately 42-46 years of age.*

SUBSCRIBED and SWORN to
before me this __22nd__ day
of __April__ 20 __08__

__Frances R Brindac__
NOTARY PUBLIC

Robert W. Brindac Jr.

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/09