**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TONI IVANOV,<br>individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 08 C 2134 |
| ALA CARTE ENTERTAINMENT, INC.<br>and EXCALIBUR CHICAGO, INC.,<br>and DOES 1-10, | ) ) ) ) ) | Judge Zagel<br>Magistrate Judge Mason |
| Defendants. | ) | |

**NOTICE OF MOTION**

 **PLEASE TAKE NOTICE** that on June 3, 2008, at 10:15 a.m., we shall appear before the Honorable James Zagel in Room 2503 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois (or another Judge sitting in his stead) and then and there present a **MOTION FOR CLASS CERTIFICATION**, a copy of which is attached hereto and hereby served upon you.

 Respectfully submitted,

 s/Thomas E. Soule
 Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

 I, Thomas E. Soule, hereby certify that on May 6, 2008, a copy of the attached documents were filed electronically with the Court, and that a copy was sent by mail to the following persons on the same date:

Fred R. Hoffman
Registered Agent for A La Carte  Entertainment
 and Excalibur Chicago, Inc.
2330 N. Hammond Dr., Ste. G
Schaumburg IL 60173

Matthew Morrissey
Matthew J. Morrissey & Assocs., Ltd.
33 North Dearborn Street, Suite 502
Chicago IL 60602

 s/Thomas E. Soule
 Thomas E. Soule