IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*FILED  MHK
JN 5-9-2008
MAY X 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT*

| | |
|---|---|
| TONY IVANOV, Individually and on behalf a class, Plaintiff, v. ALA CARTE ENTERTAINMENT, INC., EXCALIBUR CHICAGO, INC., and DOES 1 – 10, Defendants. | CASE NUMBER: 08 C 2134<br>ASSIGNED JUDGE: JUDGE ZAGEL<br><br>DESIGNATED<br>MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON |

### NOTICE OF MOTION

TO:   Daniel A. Edelman, Esq.
      Cathleen M. Combs, Esq.
      James O. Latturner, Esq.
      Edelman, Combs, Latturner & Goodwin, LLC
      120 S. La Salle Street, 18th Fl.
      Chicago, Illinois  60603

*6-3-08*

**PLEASE TAKE NOTICE** that on ~~May 15, 2008~~, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James Zagel in Room 2503 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois (or another Judge sitting in his stead) and then and there present the DEFENDANTS' MOTION TO STRIKE COMPLAINT, a copy of which is attached hereto and herby served upon you.

Respectfully submitted,

MATTHEW J. MORRISSEY & ASSOCIATES, LTD.

BY: _____
MATTHEW J. MORRISSEY
Attorney for Defendants

MATTHEW J. MORRISSEY & ASSOCIATES, LTD.
33 N. Dearborn Street, Suite 502
Chicago, Illinois 60602
312-541-4600

### CERTIFICATE OF SERVICE

I, MATTHEW J. MORRISSEY, hereby certify that on _5-9-08_, a copy of the attached documents were filed with the Court and that a copy was mailed electronically to the following persons the same date:

Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
James O. Latturner, Esq.
Edelman, Combs, Latturner & Goodwin, LLC
120 S. La Salle Street, 18th Fl.
Chicago, Illinois  60603

_____
MATTHEW J. MORRISSEY