IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY IVANOV,  )
Individually and on behalf a class,  )
    Plaintiff,  )
                                )
v.  )   CASE NUMBER:   08 C 2134
                                )   ASSIGNED JUDGE:   JUDGE ZAGEL
ALA CARTE ENTERTAINMENT, INC.,  )
EXCALIBUR CHICAGO, INC., and  )   DESIGNATED
DOES 1 – 10,  )   MAGISTRATE JUDGE:   MAGISTRATE JUDGE MASON
    Defendants.  )

**NOTICE OF FILING**

**FILED**

**TO:**   Daniel A. Edelman, Esq.
        Cathleen M. Combs, Esq.
        James O. Latturner, Esq.
        Edelman, Combs, Latturner & Goodwin, LLC
        120 S. La Salle Street, 18th Fl.
        Chicago, Illinois 60603

JN MAY X 9 2008
May 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PLEASE TAKE NOTICE** that on ___May 9, 2008___ we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, the attached Attorney Appearance Form.

Respectfully submitted,

MATTHEW J. MORRISSEY & ASSOCIATES, LTD.

BY: _____
      MATTHEW J. MORRISSEY
      Attorney for Defendants

MATTHEW J. MORRISSEY & ASSOCIATES, LTD.
33 N. Dearborn Street, Suite 502
Chicago, Illinois 60602
312-541-4600

**CERTIFICATE OF SERVICE**

    I, MATTHEW J. MORRISSEY, hereby certify that on ___May 9, 2008___, a copy of the attached document was filed with the Court and that a copy was mailed electronically to the following persons the same date:

    Daniel A. Edelman, Esq.
    Cathleen M. Combs, Esq.
    James O. Latturner, Esq.
    Edelman, Combs, Latturner & Goodwin, LLC
    120 S. La Salle Street, 18th Fl.
    Chicago, Illinois 60603

_____
MATTHEW J. MORRISSEY

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08CV2134 |
| TONY IVANOV, individually and on behalf of a class | |
| v. | |
| ALA CARTE ENTERTAINMENT, INC., EXCALIBUR CHICAGO, INC. and DOES 1-10 | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALA CARTE ENTERTAINMENT, INC., an Illinois corporation and EXCALIBUR CHICAGO, INC., an Illinois corporation

FILED
JN May 9 2008
MAY X 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Matthew J. Morrissey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ | |
| FIRM | |
| Matthew J. Morrissey & Associates, Ltd. | |
| STREET ADDRESS | |
| 33 N. Dearborn Street, Suite 502, Chicago, Illinois 60602 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6189019 | 312-560-0545 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐




United States District Court
**ECF Info Site**
Northern Illinois

**ECF Information Site**

Thursday, May 8, 2008

## CLASS REGISTRATION

- ECF Homepage
- What's New
- General Information
- ECF Requirements
- FAQ's
- Training
- Help Desk

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

### *Class Registration Confirmation*

Congratulations! MATTHEW, you have successfully registered this training session on Thursday May 8, 2008 at 03:19 PM. Please allow sufficient time to travel to the courthouse and pass the security screening. Persons arriving late <u>will not be admitted to class and will be required to register for future class.</u>

Please print this class registration and bring it with you to the class.

| Reference No | USDC-9EC9FF05D8 |
|---|---|
| Class | CM/ECF Application |
| Instructor | Paula Rogers |
| Location | U.S. District Court, 219 S. Dearborn St., Chicago, IL 60604, Room No: 2344 |
| Date and Time | Thursday, May 29, 02008 01:30 PM ~ 03:30 PM |
| Direction | Here are the directions to the United States District Court: 219 S. Dearborn Street, Chicago, IL 60604 Room 2344. |
| Notes | |

[ Click here to continue ]

Thursday May 8, 2008 at 15:19 PM

[ ECF Homepage | What's New | General Information | ECF Requirements | FAQ's | Training/Tutorials | Help Desk ]




United States District Court
**ECF Info Site**
Northern Illinois

Thursday, May 8, 2008

ECF Information Site

CLASS REGISTRATION

- ECF Homepage
- What's New
- General Information
- ECF Requirements
- FAQ's
- Training
- Help Desk

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

## Class Registration Confirmation

Congratulations! MARIBEL, you have successfully registered this training session on Thursday May 8, 2008 at 03:20 PM. Please allow sufficient time to travel to the courthouse and pass the security screening. Persons arriving late will not be admitted to class and will be required to register for future class.

Please print this class registration and bring it with you to the class.

| Reference No | USDC-00D4652A6D |
|---|---|
| Class | CM/ECF Application |
| Instructor | Paula Rogers |
| Location | U.S. District Court, 219 S. Dearborn St., Chicago, IL 60604, Room No: 2344 |
| Date and Time | Thursday, May 29, 02008 01:30 PM ~ 03:30 PM |
| Direction | Here are the directions to the United States District Court: 219 S. Dearborn Street, Chicago, IL 60604 Room 2344. |
| Notes | |

[ Click here to continue ]

Thursday May 8, 2008 at 15:20 PM

[ ECF Homepage | What's New | General Information | ECF Requirements | FAQ's | Training/Tutorials | Help Desk ]