**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Toni Ivanov
                            Plaintiff,

v.                                                            Case No.: 1:08−cv−02134
                                                           Honorable James B. Zagel

Ala Carte Entertainment, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 6/5/2008. MOTION by Plaintiff Toni Ivanov to certify class [11] and MOTION by Defendants Ala Carte Entertainment, Inc., Excalibur Chicago, Inc. for discovery order [16] entered and continued until further order of court. MOTION by Defendants Ala Carte Entertainment, Inc., Excalibur Chicago, Inc. to strike the complaint [13] is granted. Amended complaint due by 6/19/2008. Answer the amended complaint due 7/3/2008. Status hearing set for 7/10/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.