910-0801                                                                                                      ATTY NO. 34450

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TONI IVANOV,<br>Individually and on behalf a class,<br>    Plaintiff,<br>v.<br><br>ALA CARTE ENTERTAINMENT, INC.,<br>EXCALIBUR CHICAGO, INC., and<br>DOES 1 – 10,<br>    Defendants. | CASE NUMBER:    08 CV 2134<br>ASSIGNED JUDGE:    JUDGE ZAGEL<br><br>DESIGNATED<br>MAGISTRATE JUDGE:  MAGISTRATE JUDGE MASON |

### NOTICE OF MOTION

**TO:**  Thomas E. Soule, Esq.
Edelman, Combs, Latturner & Goodwin, LLC
120 S. La Salle Street, 18th Fl.
Chicago, Illinois 60603

    **PLEASE TAKE NOTICE** that on ___July 10, 2008___, at ___10:15___ a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James Zagel in Room 2503 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois (or another Judge sitting in his stead) and then and there present the DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT – CLASS ACTION, a copy of which is attached hereto and herby served upon you.

                                                                      Respectfully submitted,

                                                       MATTHEW J. MORRISSEY & ASSOCIATES, LTD.


                                                       s/ Matthew J. Morrissey
                                                           MATTHEW J. MORRISSEY
                                                           Attorney for Defendants

MATTHEW J. MORRISSEY & ASSOCIATES, LTD.
33 N. Dearborn Street, Suite 502
Chicago, Illinois 60602
312-541-4600

## CERTIFICATE OF SERVICE

I, MATTHEW J. MORRISSEY, hereby certify that on ___July 9, 2008___, a copy of the attached NOTICE OF MOTION and DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT-CLASS ACTION were filed with the Court and that a copy was mailed electronically to the following persons the same date:

Thomas E. Soule, Esq. .
Edelman, Combs, Latturner & Goodwin, LLC
120 S. La Salle Street, 18th Fl.
Chicago, Illinois  60603
**courtecl@edcombs.com**

                            s/ Matthew J. Morrissey
                              MATTHEW J. MORRISSEY