**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Toni Ivanov
                    Plaintiff,

v.
                                            Case No.: 1:08−cv−02134
                                              Honorable James B. Zagel

Ala Carte Entertainment, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

    MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 7/10/2008. MOTION by Defendants Ala Carte Entertainment, Inc., Excalibur Chicago, Inc. to strike amended complaint [20][21] is granted. Answer due 7/31/2008. Status hearing set for 8/28/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.